ROBBINS GELLER
   RUDMAN & DOWD LLP
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
SteveP@rgrdlaw.com
JimC@rgrdlaw.com
LarryA@rgrdlaw.com
   – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@rgrdlaw.com

Attorneys for Respondents

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | Lead Case No. M:06-cv-01781-SBA<br><br>**[E-Filing]**<br><br>STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 1 -

1

2   WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to
3   "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with
4   the exception of the claims of certain plaintiffs concerning alleged violations of the Employee
5   Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq*. (Dkt Nos.  726-727);

6   WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those
7   plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose
8   claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving
9   alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180
10  (N.D. Cal.);

11  WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70
12  separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for
13  pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-
14  1781 (N.D. Cal.) ("arbitration petitions");

15  WHEREAS, the parties are preparing to present to the Court for approval the complete
16  settlement of all aspects of this action and related proceedings; and

17  WHEREAS, the parties believe it will be most efficient for the Court and the parties to
18  proceed before a single judge with the approval and confirmation of the settlement of all matters;

19  NOW THEREFORE, the parties, through their respective counsel of record, agree and
20  stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently
21  before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard
22  Seeborg.

23  IT IS SO STIPULATED.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: October 4, 2010 | ROBBINS, GELLER<br>  RUDMAN & DOWD LLP |
| 2 | | STEVEN W. PEPICH<br>JAMES A. CAPUTO |
| 3 | | LAWRENCE A. ABEL |

                                                                    */s/ James A. Caputo*
                                                                     JAMES A. CAPUTO

ALTSHULER BERZON LLP
MICHAEL RUBIN
EILEEN GOLDSMITH
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: 415/421-7151
415/362-8064 (fax)

TRABER & VOORHEES
THERESA M. TRABER
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone: 626/585-9611
626/577-7079 (fax)

Attorneys for Plaintiffs

DATED:  October 4, 2010                 SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                                             MARK C. DOSKER
                                                             DIANE L. GIBSON
                                                             MICHAEL W. KELLY

                                                            */s/ Mark C. Dosker*
                                                                MARK C. DOSKER

275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/954-0200
415/391-2493 (fax)

Attorneys for Petitioner Cintas Corporation and Plan Administrator for the Cintas Partners' Plan

                                  *      *      *

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS    - 3 -

1 **O R D E R**

2  Having considered the parties' stipulation, and good cause appearing therefor,

3  IT IS SO ORDERED.

4 DATED: October 14, 2010

  _____
  SAUNDRA BROWN ARMSTRONG
5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 4 -